UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:20-cr-63-CHB |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING MAGISTRATE** |
| ADAM CHRISTOPHER HILL, ) | **JUDGE'S RECOMMENDED** |
| ) | **DISPOSITION** |
| Defendant. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram, [R. 16]. The Recommended Disposition addresses the United States Probation Office's ("USPO") Supervised Release Violation Report ("the Report") and its Addendum, which allege three Grade C violations of the conditions of Defendant Adam Christopher Hill's supervised release. *Id.* at 1–2. For the reasons set forth below, the Court will adopt the Magistrate Judge's Recommended Disposition and dismiss the three violations with prejudice.

First, the Report alleges that Hill violated Special Condition #20 of his conditions of supervision. *Id.* at 1. That condition requires Hill's participation in the Location Monitoring Program for at least six months. *Id.* The Report alleges that Hill left his residence on or about October 26, 2020, without notifying anyone (including his probation officer) of his location, and his probation officer was unable to contact or locate him. *Id.* at 2. Next, the Report alleges a violation of the condition that Hill participate in a substance abuse treatment because Hill failed to attend a treatment appointment on October 28, 2020. *Id.* These conditions were initially imposed in the Western District of Kentucky, and jurisdiction was transferred to this Court on

October 30, 2020. *Id.* at 1. On November 4, 2020, Hill was arrested, and the USPO released an Addendum to the Report. *Id.* The Addendum alleges a third Grace C violation, specifically, a violation of the condition that forbids Hill from leaving his judicial district without permission. *Id.* After an initial hearing, Hill was released on active GPS monitoring. *Id.*

After reviewing the Report and Addendum, the Magistrate Judge reviewed the procedural history of the case, noting that Hill had been compliant with his conditions upon release. *Id.* at 3. The Magistrate Judge also explained that, at a final hearing on February 22, 2021, the United States moved to dismiss all three violations with prejudice. *Id.* According to Hill's probation officer, Hill has been complaint will all conditions since his initial appearance, has been working, has passed all drug tests, and is receiving substance abuse and mental health treatment. *Id.* Having reviewed this information, the Magistrate Judge recommended that all three violations be dismissed with prejudice, as requested by the United States. *Id.* at 4.

The Magistrate Judge's Recommended Disposition advised the parties that any objections must be filed with five days. *Id.* The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so.

Generally, this Court must make a de novo determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." See *Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a Magistrate Judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the

- 3 -

Magistrate Judge's Recommended Disposition. Accordingly, the Court being otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [**R. 16**] is **ADOPTED** as the opinion of this Court;

2. The three violations outlined in the USPO's Report and Addendum are **DISMISSED WITH PREJUDICE**.

This the 5th day of March, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY